**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*June 30, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-402** |
| | § | |
| **KRISTI WILLIAMS,** | § | |
| **Defendant.** | § | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Criminal Information:

**COUNT ONE**
(Wire Fraud 18 U.S.C. § 1343)

**A.     INTRODUCTION**

1.     Tomball Independent School District (TISD) was a kindergarten through twelfth grade school district serving Tomball, Texas, and the surrounding area in Harris and Montgomery counties.

2.     Defendant Kristi Williams (WILLIAMS) was Manager of Property Tax Administration at TISD from January 2018 until November 2023. WILLIAMS ran TISD's Tax Office which collected local property taxes.

3.     When a taxpayer paid in cash, a Tax Office employee put the cash inside an envelope and, using Spindlemedia tax collection software, recorded the

cash payment as part of a "batch" (or group) of payments.

4.      When the payments recorded in a particular batch totaled about $15,000.00 or $20,000.00, a Tax Office employee used Spindlemedia software to "close" the batch. At that point, WILLIAMS was supposed to deposit the cash in the envelopes into TISD's bank accounts.

## B.      THE SCHEME TO DEFRAUD

Beginning in or about September, 2018, and continuing through in or about June, 2023, in the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

### KRISTI WILLIAMS,

did knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations and promises including the concealment of material facts.

## C.      THE MANNER AND MEANS OF THE SCHEME

The manner and means of the scheme and artifice included, but were not limited to, the following:

1.      It was a part of the scheme and artifice that WILLIAMS stole approximately $996,174.00 of cash from the Tax Office.

2.      It was a further part of the scheme and artifice that WILLIAMS disguised her theft by using Spindlemedia software to "reverse" payments of cash

recorded in certain batches, record those payments in new batches and keep the new batches open for long periods.

D.    **THE EXECUTION OF THE SCHEME**

On or about the date set forth below, in the Houston Division of the Southern District of Texas, and elsewhere, the Defendant, for the purpose of executing the aforesaid scheme and artifice, and attempting to do so, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings and signals, as more particularly described in the Count below:

| Count | Date | Execution |
|---|---|---|
| One | October 4, 2022 | Defendant **WILLIAMS** used Spindlemedia tax collection software to create Batch 202210046552 thereby causing an electronic signal to travel across state lines from Tomball, Texas, to Microsoft Azure servers located at a data center in Northlake, Illinois. |

In violation of Title 18, United States Code, Section 1343.

John G.E. Marck
Acting United States Attorney

By:    _John R. Lewis_
JOHN R. LEWIS
Assistant United States Attorney