# CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*June 30, 2026*

Nathan Ochsner, Clerk of Court

No. **4:26-cr-402**

USAO Number:     2024R00433

Magistrate Number:

CRIMINAL INFORMATION     Filed     06/30/2026     Judge:     **Ganjei**

**UNITED STATES of AMERICA**

vs.

KRISTI WILLIAMS

**ATTORNEYS:**

| | Appt'd | Private |
|---|---|---|
| **JOHN G. E. MARCK, Acting USA**    **(713) 567-9000** | | |
| JOHN R. LEWIS / AUSA    (713) 567-9000 | | |
| Robert J. Fickman / (713) 655-7400 | ☐ | ☑ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Wire Fraud [18 U.S.C. § 1343]

**CHARGE:**

(TOTAL)

(COUNTS:)

( **1** )

**PENALTY:**  Ct. 1:  Not more than 20 years imprisonment, $250,000 fine, not more than 3 years supervised release, and a $100 special assessment.

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**