UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: **4:26-cr-402** |
| v. | § § § | |
| KRISTI WILLIAMS | § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___CRIMINAL INFORMATION___ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

___July 13, 2026___ at ___10:00 AM___.  Upon appearance, a judicial determination shall be made as to detention or release on conditions.  The United States Government recommends to the Court the following conditions of release.

Defendant

KRISTI WILLIAMS

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on ___June 30, 2026___

UNITED STATES MAGISTRATE JUDGE