**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                                Case Number: 4:26–cr–00402

Kristi Williams

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Richard W Bennett

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/13/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

Date: June 30, 2026

Nathan Ochsner, Clerk
by S. Gonzalez, Deputy Clerk
